**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 11-bk-50098 |
| Robert L. Gilliland, Jr. and Tisha M. Gilliland } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

My Former Mailing Address was:

Name:       Robert L. Gilliland, Jr. and Tisha M. Gilliland

Street:       4282 Maplegrove Dr.

City, State, Zip: Grove City, OH 43123


**Please be advised that effective March 26th, 2015
my new mailing address is:**

Name:       **Robert L. Gilliland, Jr. and Tisha M. Gilliland**

Street:       **4324 Orders Rd.**

City, State ,Zip: **Grove City, OH 43123**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on March 26th, 2015 to the following:
**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Robert L. Gilliland, Jr. and Tisha M. Gilliland
4324 Orders Rd.
Grove City, OH 43123

                                        Respectfully Submitted,

                                        /s/ Erin E. Schrader
                                        Erin E. Schrader (0078078)
                                        Rauser & Associates
                                        5 East Long St., Suite 300
                                        Columbus, OH 43215
                                        (614) 228-4480